No. 93–1202. BRUNWASSER v. STEINER. Sup. Ct. Pa. Certiorari denied.

No. 93–1203. TIOGA PINES LIVING CENTER, INC., ET AL. v. INDIANA STATE BOARD OF PUBLIC WELFARE ET AL. Sup. Ct. Ind. Certiorari denied.

No. 93–1205. TILLIMON v. OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 93–1207. GONZALES ET AL. v. CARTER ET AL. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 93–1208. MCKINNEY ET UX. v. DICK ET UX. Ct. App. Kan. Certiorari denied.

No. 93–1209. PENROD DRILLING CORP. v. COATS. C. A. 5th Cir. Certiorari denied.

No. 93–1211. JANOSIK v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 93–1214. BOUREXIS v. CARROLL COUNTY NARCOTICS TASK FORCE ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 93–1216. DARBY BOROUGH ET AL. v. CAIN, EXECUTOR OF THE ESTATE OF CAIN, DECEASED. C. A. 3d Cir. Certiorari denied.

No. 93–1217. D'AVANZO v. CITICORP MORTGAGE, INC. App. Ct. Conn. Certiorari denied.

No. 93–1219. WILSON v. SOUTHERN RAILWAY CO. ET AL. Ct. App. Ga. Certiorari denied.

No. 93–1220. GRACE ET AL. v. MORGAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1221. AILOR ET AL. v. PENSION BENEFIT GUARANTY CORPORATION ET AL. C. A. 7th Cir. Certiorari denied.